# BARNES & THORNBURG LLP

One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833 U.S.A.
E.I.N. 35-0900596
(312) 357-1313


DEBORAH L. THORNE, AS RECEIVER FOR RALEIGH CAPITAL          December 9, 2009
MANAGEMENT INC. AND RICHMOND HAMILTON, JR.                  Invoice No. 1283748

                                                            Deborah L. Thorne


PAYABLE UPON RECEIPT

00050880-000001
**ASSET ANALYSIS**


For legal services rendered in connection with the above matter
for the period ending November 30, 2009 as described on the attached detail.

|  | Hours | Rate | Amount |
|---|---|---|---|
| Deborah L. Thorne | 45.60 | $485.00 | $22,116.00 |
| Steven Katz | 0.50 | $475.00 | $237.50 |
| Kevin C. Driscoll | 9.40 | $380.00 | $3,572.00 |
| Brian E. Kersey | 0.40 | $330.00 | $132.00 |
| Paula K. Jacobi | 4.70 | $445.00 | $2,091.50 |
| Wesley W. Broquard | 0.90 | $325.00 | $292.50 |
| Laura A. Kane | 0.40 | $195.00 | $78.00 |
| Anndrea M. Perkins | 0.20 | $275.00 | $55.00 |
| TOTALS | 62.10 | $460.14 | $28,574.50 |

Other Charges                                              $          176.19

**TOTAL THIS INVOICE**                                     $       28,750.69



| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/29/09 | Deborah L. Thorne | Review Receiver Order (.40); multiple telephone conferences with J. Konizeski and e-mails with Konizeski concerning Bank Accounts (.60); real property (.40). | 1.40 |
| 10/29/09 | Deborah L. Thorne | Confer with B. Kersey concerning identifying title holder of aircraft. | 0.60 |
| 10/29/09 | Kevin C. Driscoll | Draft letters to 5 banks, advising them that all assets have been frozen and that the bank may not assert the right to set off and must tender any safe deposit box keys to Receiver. | 1.50 |
| 10/29/09 | Kevin C. Driscoll | Extensive review of databases for any assets of Defendant. | 1.80 |
| 10/30/09 | Deborah L. Thorne | Review documents in preparation for meeting with J. Konizeski and with accountant. | 1.00 |
| 10/30/09 | Deborah L. Thorne | Go to accountant's office to meet and discuss documents (accountant not there); meet with J. Konizeski concerning records. | 0.40 |
| 10/30/09 | Deborah L. Thorne | Telephone conference with Mark Lyman regarding Little Creek and additional assets. | 0.60 |
| 10/30/09 | Deborah L. Thorne | Telephone conference with Bill Schwartz of the Northern Trust concerning accounts and Visa card. | 0.40 |
| 10/30/09 | Deborah L. Thorne | Review documents to obtain better understanding of assets. | 3.50 |
| 10/30/09 | Kevin C. Driscoll | Phone airport, get information on plane; draft letter to airport. | 1.10 |
| 10/30/09 | Kevin C. Driscoll | Phone counsel with title on car; draft letter to counsel on same. | 0.90 |
| 11/02/09 | Deborah L. Thorne | Telephone conference with Bruce Shannon at the Northern Trust Bank regarding bank accounts, Visa card and safety deposit boxes (.40); arrange for tax id number (.10). | 0.50 |
| 11/02/09 | Deborah L. Thorne | Meet with J. Konizeski, M. Lymond, Henderson and Driscoll regarding Little Creek, condo and other assets. | 1.50 |
| 11/02/09 | Deborah L. Thorne | Telephone conference with C. Smith Realtor concerning comparable properties on or near Cleveland property. | 0.40 |
| 11/02/09 | Deborah L. Thorne | Attend to aircraft issues (Cesna and Mooney). | 0.40 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/02/09 | Kevin C. Driscoll | Attend to issues on plane and BMW in hangar in Richmond; confer with airport on same; take steps to get locks changed; consider sale issues for plane and car; consider impact of lease rental from airport; confirm with airport that lease paid through end of year. | 1.30 |
| 11/02/09 | Kevin C. Driscoll | Continue to investigate access of Hamilton. | 1.20 |
| 11/02/09 | Kevin C. Driscoll | Confer with attorney Dave Clough on car title issues. | 0.20 |
| 11/03/09 | Deborah L. Thorne | Telephone conference with J. Davidson concerning safety deposit boxes; Northern Trust accounts and speaking with Richmond Hamilton. | 0.50 |
| 11/03/09 | Deborah L. Thorne | Telephone conference with S. Katz concerning Little Creek project and possible scenarios to bring value to Fund. | 0.50 |
| 11/04/09 | Deborah L. Thorne | Meet with J. Davidson and with J. Konizeski regarding certain assets and suggested resolution of case. | 1.50 |
| 11/04/09 | Deborah L. Thorne | Review Bank records to begin assembling list of all assets. | 1.10 |
| 11/04/09 | Kevin C. Driscoll | Consider issues on Lakeview property leased by McDonald's. | 0.20 |
| 11/05/09 | Deborah L. Thorne | Review appraisal for Lakeview property and telephone call to C. Smith regarding possible interest in handling sale. | 0.40 |
| 11/05/09 | Deborah L. Thorne | Review Little Creek issue, consider Bankruptcy and review Little Creek documents. | 0.50 |
| 11/05/09 | Paula K. Jacobi | Work on NC mall and cash account pledge and means to protect. | 0.50 |
| 11/06/09 | Deborah L. Thorne | (Little Creek) work on analysis of Little Creek Operating Agreement, structure of Bank lending, etc. | 2.10 |
| 11/06/09 | Anndrea M. Perkins | Telephone call B. Shannon, Northern Trust Bank, regarding status of bank accounts and direct debits. | 0.20 |
| 11/07/09 | Deborah L. Thorne | (Little Creek) Review Bank documents and LLC Agreement. | 3.20 |
| 11/09/09 | Deborah L. Thorne | E-mails with Ladd Freeman concerning Little Creek. | 0.20 |
| 11/09/09 | Deborah L. Thorne | Travel to Northern Trust Bank to change accounts and to safety deposit vault to inspect safety deposit box. | 1.00 |
| 11/10/09 | Deborah L. Thorne | Confer with real estate professionals in North Carolina | 1.00 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| | | concerning evaluation of Little Creek Lots 12 and 9. | |
| 11/10/09 | Deborah L. Thorne | Confer with C. Maine concerning aviation insurance and means to economize. | 0.10 |
| 11/10/09 | Deborah L. Thorne | Telephone conference with S. Katz concerning Little Creek Center and issues (business and otherwise) which need to be evaluated. | 0.40 |
| 11/10/09 | Deborah L. Thorne | Telephone conference with attorney for Northern Trust Bank concerning safety deposit boxes. | 0.30 |
| 11/10/09 | Deborah L. Thorne | Telephone conference with Cushman Wakefield concerning evaluation of real property interests. | 0.40 |
| 11/10/09 | Steven Katz | Analyze partial interest in shopping center. Calls to Deborah Thorne regarding structure and strategy over past two days. | 0.50 |
| 11/11/09 | Deborah L. Thorne | Confer with Carolina Realty regarding Little Creek and multiple e-mails with L. Freeman and Carolina Realty (J. Sineath). | 0.90 |
| 11/11/09 | Deborah L. Thorne | Confer with M. Siara regarding documents and transfers into various assets (planes, condos, etc.) and investigation. | 0.50 |
| 11/11/09 | Deborah L. Thorne | Review signature on modification for increase loan amount received from D. Rist and e-mail back to her. | 0.20 |
| 11/11/09 | Deborah L. Thorne | Telephone call to North Carolina counsel regarding filing Notice of Receivership with Western District of North Carolina. | 0.20 |
| 11/11/09 | Deborah L. Thorne | Telephone conference with J. Davidson concerning Cleveland condo, Cessna and Mooney. | 0.50 |
| 11/12/09 | Deborah L. Thorne | Telephone conference with Broker for Cleveland condo and telephone conference with M. Lyman regarding condo, Raleigh Fund. | 0.90 |
| 11/12/09 | Deborah L. Thorne | Meet with J. Davidson regarding Cessna and proposed resolution of issues with Hamilton. | 0.50 |
| 11/12/09 | Deborah L. Thorne | Discuss aircraft insurance with Broker. | 0.30 |
| 11/12/09 | Deborah L. Thorne | Consider service and implication on assets; review Hamilton "offer." | 0.50 |
| 11/12/09 | Kevin C. Driscoll | Consider go-forward strategy in light of condominium's failure to close; review sale documents to ensure that Receive can keep earnest money. | 0.20 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/12/09 | Kevin C. Driscoll | Phone Broker on Cleveland deal. | 0.10 |
| 11/13/09 | Deborah L. Thorne | Confer with real estate advisors from North Carolina concerning Little Creek. | 0.50 |
| 11/13/09 | Deborah L. Thorne | Continue analysis of assets, particularly focusing on appraisals, mortgages and review of RBC documents for Lot 12. | 2.30 |
| 11/16/09 | Deborah L. Thorne | Telephone conference with Jim Sineath of Commercial Carolina concerning Little Creek. | 0.30 |
| 11/17/09 | Deborah L. Thorne | Review Little Creek 9 documents regarding guaranty and transaction. | 0.50 |
| 11/17/09 | Deborah L. Thorne | Work on analysis of Little Creek LLC and prepare for meeting with LLC members. | 1.10 |
| 11/17/09 | Paula K. Jacobi | Review Operating Agreement and guarantee and determine leverage for $2.1 M deposit; work with Receiver on same and how to deal with members. | 1.00 |
| 11/18/09 | Deborah L. Thorne | Meet with Ladd Freeman and Jay Lukes regarding Little Creek (2.40); consider alternative methods of structuring $2,100,000 (.40); telephone conference with RBC attorney (.40). | 3.20 |
| 11/18/09 | Deborah L. Thorne | Telephone conference with B. Kersey regarding titles to aircraft. | 0.20 |
| 11/18/09 | Deborah L. Thorne | Brief meeting with CFTC regarding real property issues. | 0.30 |
| 11/18/09 | Paula K. Jacobi | Meeting with other members of Little Creek and CFTC on $2.1 M deposit (2.30); work with Debby after meeting on potential Bank participation (.40). | 2.70 |
| 11/18/09 | Kevin C. Driscoll | Call attorney Bob Kenoby on Receiver not returning escrow money on Cleveland property. | 0.20 |
| 11/18/09 | Kevin C. Driscoll | Review Motion filed to RBC to invalidate freeze order against money allegedly pledged for Littlecreek project. | 0.30 |
| 11/18/09 | Brian E. Kersey | Conference with Deborah Thorne regarding available public records regarding ownership of aircraft. | 0.10 |
| 11/19/09 | Deborah L. Thorne | Telephone conference with D. Rist, attorney for RBC, concerning $2.1 million pledged account, discussing various strategies of protecting fund. | 0.50 |
| 11/19/09 | Deborah L. Thorne | Telephone conference with Northern Trust regarding Hamilton account and transferring funds; draft letter to | 0.50 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| | | Bank regarding same. | |
| 11/19/09 | Deborah L. Thorne | Telephone conference with L. Freedman and J. Lukes regarding $2.1 million account and need to let bank take it; discuss possible means to protect interest in fund for Raleigh Fund LP. | 0.40 |
| 11/19/09 | Deborah L. Thorne | E-mail from D. Clough regarding safety deposit box. | 0.10 |
| 11/19/09 | Deborah L. Thorne | Continue analysis of Little Creek issues. | 0.70 |
| 11/19/09 | Paula K. Jacobi | Work on $2.1 M problem and issue of participation with Bank; work with Receiver on offer to make to other LLC members and buyout of LLC interest. | 0.50 |
| 11/19/09 | Kevin C. Driscoll | Review material from Airport on insurance and maintenance log; phone airport on same. | 0.40 |
| 11/20/09 | Deborah L. Thorne | Telephone conference with E. Almond and T. Crumper (attorneys for L. Freeman) concerning Little Creek Ventures and resolution of $2.1 million account dispute. | 0.60 |
| 11/20/09 | Deborah L. Thorne | Travel to Northern Trust Bank to inspect safety deposit box and telephone call to CFTC concerning same. | 0.70 |
| 11/20/09 | Deborah L. Thorne | Telephone conference with R. Turner concerning insurance for aircraft. | 0.40 |
| 11/20/09 | Deborah L. Thorne | Continue work on $2.1 account, meeting with investors, etc. | 0.30 |
| 11/23/09 | Deborah L. Thorne | Multiple telephone conferences with D. Howard of Louisa County Development Authority regarding Cessna and BMW. | 0.60 |
| 11/23/09 | Deborah L. Thorne | Telephone conference with CarMax concerning sale of Series 7 BMW. | 0.20 |
| 11/23/09 | Deborah L. Thorne | Respond to e-mail from Prairie Shores broker concerning 2500 Lakeview. | 0.10 |
| 11/23/09 | Deborah L. Thorne | Draft e-mail to M. Lyman regarding turnover of $125,000 to Receiver (.10); review motion to be paid and apply funds wired to Lyman by R. Hamilton (.40). | 0.50 |
| 11/23/09 | Wesley W. Broquard | Drafting Lis Pendens against real estate. | 0.90 |
| 11/24/09 | Deborah L. Thorne | Telephone conference with 2500 Lakeview Condo Association regarding assessments and management going forward. | 0.30 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/24/09 | Deborah L. Thorne | Review e-mail from D. Clough regarding Galeswood and Tomasgee (title owners of aircraft) (.10); telephone call to Advocate Tax regarding Operating Agreements (.20); review documents from Advocate and from B. Kersey regarding Galeswood (.20); re-mails with J. Davidson regarding aircraft ownership (.20). | 0.70 |
| 11/24/09 | Deborah L. Thorne | E-mail to and from Erik Gould regarding 2500 Lakeview Condo and interest in purchasing it. | 0.20 |
| 11/24/09 | Brian E. Kersey | Review Statement in Support; conference with Deborah Thorne to review and discuss ownership and transfer issues related to aircraft. | 0.30 |
| 11/24/09 | Laura A. Kane | Contact Insured Aircraft Company and obtain LLC Statements in Support pertaining to Mooney and Cessna aircraft. | 0.40 |
| 11/25/09 | Deborah L. Thorne | Telephone conference with mechanic who worked on Cessna in 2009 concerning condition and telephone call to other airport searching for Cessna log. | 0.30 |
| 11/25/09 | Deborah L. Thorne | Telephone conference with McDonalds' real estate person concerning 2500 N. Lakeview. | 0.10 |
| 11/30/09 | Deborah L. Thorne | Telephone conference with Broker for aircraft and with Louisa County Airport regarding sale of planes (.60); draft e-mail to D. Clough regarding flight logs and other information requested (.30). | 0.90 |
| 11/30/09 | Deborah L. Thorne | Telephone conference with counsel for McDonalds regarding lease for 2500 Lakeview. | 0.20 |
| 11/30/09 | Deborah L. Thorne | Telephone conference with J. Lukes, L. Freeman and Crumbly and Allmond concerning interest in redeeming $2.1 million account. | 0.50 |

Fees for Services Total                                                  $        28,574.50

Other Charges :

| | | |
|---|---|---|
| 11/02/09 | Courier Service - Federal Express Corporation to Marion Siara  - #9-396-23112 | 11.68 |
| 11/05/09 | Messenger Courier Service | 10.00 |

| | | |
|---|---|---|
| 11/12/09 | Courier Service - Federal Express - Inv#9-402-09956 - to Elaine Rondina at The Lex Group | 6.51 |
| 11/12/09 | Other/Misc. Charges - Jose Santana Document certification at Federal Court - 11/12/09 - KCD | 50.50 |
| 11/24/09 | Filing Fees - Cook County Recorder - Record Notice of Lis Pendens in Cook County regarding 2500 N. Lakeview, 3001-A - 11/24/09 RZZ | 48.00 |
| 11/24/09 | Filing Fees - Cook County Recorder - Record Notice of Lis Pendens in Cook County regarding 1743 North Cleveland - Unit 2-R - 11/24/09 RZZ | 48.00 |
| 11/25/09 | Copying Charges | 1.50 |

Other Charges Total                                             $          176.19