# BARNES & THORNBURG LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833 U.S.A.
E.I.N. 35-0900596
(312) 357-1313

DEBORAH L. THORNE, AS RECEIVER FOR RALEIGH CAPITAL  December 9, 2009
MANAGEMENT INC. AND RICHMOND HAMILTON, JR.  Invoice No. 1283749

Deborah L. Thorne

PAYABLE UPON RECEIPT

**00050880-000002**
**ASSET DISPOSITION**

For legal services rendered in connection with the above matter
for the period ending November 30, 2009 as described on the attached detail.

|  | Hours | Rate | Amount |
|---|---|---|---|
| Deborah L. Thorne | 5.50 | $485.00 | $2,667.50 |
| Kevin C. Driscoll | 4.40 | $380.00 | $1,672.00 |
| TOTALS | 9.90 | $438.33 | $4,339.50 |

**TOTAL THIS INVOICE**  $  4,339.50


EXHIBIT A-2

00050880-000002    DEBORAH L. THORNE, AS RECEIVER FOR RALEIGH CAPITAL
ASSET DISPOSITION                                                              Page 1

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/03/09 | Kevin C. Driscoll | Review material pertaining to sale of condominium on Cleveland avenue; draft motion to sell same. | 2.10 | 798.00 |
| 11/04/09 | Deborah L. Thorne | Review Application for Approval to Sell the Cleveland Condo and revise. | 0.60 | 291.00 |
| 11/04/09 | Kevin C. Driscoll | Review title work on BMW; advise as to value and best way to liquidate collateral. | 0.40 | 152.00 |
| 11/04/09 | Kevin C. Driscoll | Finalize motion to sell real estate; file same. | 0.80 | 304.00 |
| 11/05/09 | Deborah L. Thorne | Telephone conference with C. Maine and with potential broker regarding Cessna and Mooney (.50); consider insurance problem with Mooney (.10); e-mail to J. Davidson regarding insurance on Cessna and BMW (.10). | 0.70 | 339.50 |
| 11/06/09 | Deborah L. Thorne | Telephone call to Michael Beemer at Lind Waldack concerning converting currencies into dollars. | 0.30 | 145.50 |
| 11/06/09 | Deborah L. Thorne | Telephone conference with R. Handler concerning aircraft brokers. | 0.20 | 97.00 |
| 11/09/09 | Deborah L. Thorne | E-mail to A. Pierce concerning brokering aircraft. | 0.20 | 97.00 |
| 11/10/09 | Deborah L. Thorne | Telephone call to Rick Turner concerning insurance on Cessna; telephone conference with Brad Vineyard concerning brokering sale of aircraft and e-mail information on planes to B. Vineyard and e-mail to J. Davidson regarding flight logs and maintenance records. | 0.90 | 436.50 |
| 11/10/09 | Deborah L. Thorne | Telephone conference with B. Vineyard concerning brokering sale of planes in Morocco and Cessna and likelihood of sale. | 0.40 | 194.00 |
| 11/12/09 | Deborah L. Thorne | Telephone conference with Kris Larson regarding sale of Cessna 172 and brokerage commission. | 0.40 | 194.00 |
| 11/12/09 | Kevin C. Driscoll | Confer with real estate broker on sale. | 0.20 | 76.00 |
| 11/17/09 | Deborah L. Thorne | Review proposals regarding brokering | 0.50 | 242.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | sale of aircraft (.30); telephone call to D. Clough regarding assignment of interest in aircraft LLCs to Raleigh Fund (.20). | | |
| 11/17/09 | Kevin C. Driscoll | Review communication from airport regarding insurance and log books on aircraft; strategy on marshaling and sale of aircraft. | 0.50 | 190.00 |
| 11/19/09 | Kevin C. Driscoll | Confer with Mark Lyman on condo sale. | 0.20 | 76.00 |
| 11/22/09 | Deborah L. Thorne | Telephone call with tenant on Lakeview (.40); telephone conference with C. Smith of Prairie Shores regarding listing property (.30). | 0.70 | 339.50 |
| 11/23/09 | Deborah L. Thorne | Telephone conference with Cheryl Bussmann (possible Broker for 2500 Lakeview) concerning interest in sale. | 0.40 | 194.00 |
| 11/23/09 | Deborah L. Thorne | Telephone conference with insurance broker regarding sale of Cessna. | 0.20 | 97.00 |
| 11/23/09 | Kevin C. Driscoll | Attend to issues on sale of car and insurance on plane. | 0.20 | 76.00 |

Fees for Services Total                                    $        4,339.50