# BARNES & THORNBURG LLP

One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833 U.S.A.
E.I.N. 35-0900596
(312) 357-1313

DEBORAH L. THORNE, AS RECEIVER FOR RALEIGH CAPITAL MANAGEMENT INC. AND RICHMOND HAMILTON, JR.

December 9, 2009
Invoice No. 1283750

Deborah L. Thorne

---

### PAYABLE UPON RECEIPT

---

**00050880-000003**
**CASE ADMINISTRATION**

    For legal services rendered in connection with the above matter for the period ending November 30, 2009 as described on the attached detail.

| | Hours | Rate | Amount |
|---|---|---|---|
| Deborah L. Thorne | 47.60 | $485.00 | $23,086.00 |
| Clifford G. Maine | 0.20 | $490.00 | $98.00 |
| Kevin C. Driscoll | 7.90 | $380.00 | $3,002.00 |
| Paula K. Jacobi | 1.90 | $445.00 | $845.50 |
| Christine H. McCarthy | 1.90 | $505.00 | $959.50 |
| Wesley W. Broquard | 1.10 | $325.00 | $357.50 |
| Anndrea M. Perkins | 2.70 | $275.00 | $742.50 |
| TOTALS | 63.30 | $459.57 | $29,091.00 |

**TOTAL THIS INVOICE**  $  **29,091.00**

EXHIBIT

_A-3_

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/29/09 | Deborah L. Thorne | Review multiple pleadings affidavits and prepare for meeting with CFTC and accountant. | 2.70 | 1,309.50 |
| 10/29/09 | Kevin C. Driscoll | Draft petition to invoice ancillary jurisdiction in VA. | 1.00 | 380.00 |
| 10/29/09 | Kevin C. Driscoll | Confer with opposing counsel and CFTC on case. | 0.50 | 190.00 |
| 10/30/09 | Deborah L. Thorne | Telephone conference with J. Davidson regarding RCM background. | 1.50 | 727.50 |
| 11/01/09 | Deborah L. Thorne | Meet with Mary Lynch (accountant) for RCM, et al. | 2.50 | 1,212.50 |
| 11/02/09 | Deborah L. Thorne | Telephone conference with Joe Konizeski regarding meeting with M. Lynch (accountant for RCM). | 0.40 | 194.00 |
| 11/02/09 | Deborah L. Thorne | Review state court complaint. | 0.80 | 388.00 |
| 11/02/09 | Deborah L. Thorne | Draft Application to retain Barnes & Thornburg and review Receiver Order. | 1.30 | 630.50 |
| 11/02/09 | Deborah L. Thorne | Review documents and coordinate with IT Department to ensure expedient and efficient reveiw of documents. | 0.90 | 436.50 |
| 11/03/09 | Deborah L. Thorne | Telephone conference with J. Konizeski concerning exculpatory language. | 0.20 | 97.00 |
| 11/04/09 | Deborah L. Thorne | Revise application to employ Barnes & Thornburg; draft affidavit for Driscoll; telephone conference with M. Siara regarding his interest in the case and draft application to employ him. | 2.10 | 1,018.50 |
| 11/04/09 | Deborah L. Thorne | Arrange for EIN Number and execute documents for Bank accounts; telephone conference with Lind Waldack regarding accounts in various currencies. | 0.50 | 242.50 |
| 11/04/09 | Kevin C. Driscoll | Advise Receiver on impact of Sandford rulings. | 0.20 | 76.00 |
| 11/04/09 | Kevin C. Driscoll | Advise on appearance issues for Thorne. | 0.20 | 76.00 |
| 11/04/09 | Anndrea M. Perkins | Prepare SS-4 Form; Telephone call Internal Revenue Service; Obtain FEIN for receivership; Telephone call B. Shannon, Northern Trust Bank, regarding | 1.50 | 412.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | establishing bank accounts; Telephone call B. Shannon regarding Northern Trust's requirements; Telephone call Northern Trust regarding meeting. | | |
| 11/05/09 | Deborah L. Thorne | Review letter from Swiss Bank and forward to CFTC. | 0.30 | 145.50 |
| 11/05/09 | Deborah L. Thorne | Telephone conference with J. Konizeski regarding injunction and review order and revise. | 0.80 | 388.00 |
| 11/06/09 | Deborah L. Thorne | Telephone conference with Diane Rusk from Chapman Cutler regarding RBC position. | 0.40 | 194.00 |
| 11/06/09 | Deborah L. Thorne | Appear in Court for Motion to Employ Barnes & Thornburg, Marion Siara, and Motion for Authority to Sell Condo. | 1.20 | 582.00 |
| 11/08/09 | Deborah L. Thorne | Continue review and draft memo to file. | 1.50 | 727.50 |
| 11/09/09 | Deborah L. Thorne | Telephone conference with K. Langhard (Swiss attorney) regarding letter from Banque Franck and possible representation. | 0.40 | 194.00 |
| 11/09/09 | Anndrea M. Perkins | Take Hamilton check to Northern Trust for Deposit; Telephone call B. Shannon regarding accounts; Telephone call T. Afanador regarding new accounts and debits. | 1.00 | 275.00 |
| 11/10/09 | Clifford G. Maine | Prepare information concerning risk management issues and insurance binders; correspondence regarding use of insurance broker to obtain insurance coverage for Mooney aircraft and Cessna Aircraft. | 0.20 | 98.00 |
| 11/10/09 | Deborah L. Thorne | Telephone conference with M. Deemer of Lind / Waldock concerning conversion of currencies to US Dollars (.10); telephone conference with Private Bank concerning opening FDIC insured accounts and money market accounts protected and provide needed information (.60). | 0.70 | 339.50 |
| 11/10/09 | Deborah L. Thorne | Telephone conference with Ladd Freeman and Jay Luke concerning Little | 0.50 | 242.50 |

CASE ADMINISTRATION

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | Creek and background information. | | |
| 11/10/09 | Deborah L. Thorne | Appear in Court for injunction motion; confer with counsel for limited partners, with counsel for the Bank and with counsel for CFTC. | 1.00 | 485.00 |
| 11/10/09 | Deborah L. Thorne | Evaluate insurance options for Aircraft and lack of insurance for both Cessna and Mooney. | 0.20 | 97.00 |
| 11/10/09 | Deborah L. Thorne | Telephone conference with B. Shannon at the Northern Trust concerning mortgage payments. | 0.40 | 194.00 |
| 11/10/09 | Deborah L. Thorne | Communicate with Swiss Counsel concerning Banque Franck letter. | 0.10 | 48.50 |
| 11/10/09 | Deborah L. Thorne | Communication with RBC attorney and with investors attorney regarding interest in $2.1 million bank account and timing of Receivers' evaluation. | 0.40 | 194.00 |
| 11/10/09 | Deborah L. Thorne | Continue review of documents related to Little Creek. | 0.60 | 291.00 |
| 11/10/09 | Kevin C. Driscoll | Finalize petition for ancillary jurisdiction in West Virginia. | 0.70 | 266.00 |
| 11/10/09 | Kevin C. Driscoll | Draft Motion for Extension of Time under 28 U.S.C. 754. | 1.50 | 570.00 |
| 11/10/09 | Kevin C. Driscoll | Consider other jurisdictions to file ancillary notices in. | 0.40 | 152.00 |
| 11/11/09 | Deborah L. Thorne | E-mail from A. Pavlinski regarding meeting with development company. | 0.20 | 97.00 |
| 11/11/09 | Kevin C. Driscoll | Finalize material for ancillary jurisdiction in North Carolina. | 0.40 | 152.00 |
| 11/11/09 | Kevin C. Driscoll | Finalize material for ancillary jurisdiction in West Virginia; confer with local counsel on same. | 0.40 | 152.00 |
| 11/12/09 | Christine H. McCarthy | Research filing requirements and notice requirements regarding E.D. V.A; revise notice document; finalize and sign documents for filing; draft order letter requesting filing by filing service and report out filing of documents. | 1.90 | 959.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/12/09 | Deborah L. Thorne | Telephone conference with M. Lynch regarding taxes and other accounting issues. | 0.30 | 145.50 |
| 11/12/09 | Paula K. Jacobi | Review loan documents, pledge on shopping center deal to see how to resolve and discuss with Receiver. | 0.50 | 222.50 |
| 11/12/09 | Kevin C. Driscoll | Confer with local counsel on filing of ancillary petition in VA. | 0.20 | 76.00 |
| 11/12/09 | Kevin C. Driscoll | Draft freeze letter to Hamiton's' law firm. | 0.40 | 152.00 |
| 11/12/09 | Kevin C. Driscoll | Draft freeze letter to Broker. | 0.30 | 114.00 |
| 11/12/09 | Kevin C. Driscoll | Confer with North Carolina counsel on filing of Section 754 documents. | 0.40 | 152.00 |
| 11/13/09 | Deborah L. Thorne | Telephone conference with D. Clough concerning Hamilton interest in making "restitution." | 0.40 | 194.00 |
| 11/13/09 | Deborah L. Thorne | Confer with K. Driscoll concerning notice to real estate brokers, attorneys, etc. | 0.40 | 194.00 |
| 11/13/09 | Deborah L. Thorne | Work on opening new accounts at The PrivateBank. | 0.40 | 194.00 |
| 11/13/09 | Kevin C. Driscoll | Draft letter to airport on insurance issues. | 0.20 | 76.00 |
| 11/13/09 | Kevin C. Driscoll | Attend to filing of 754 documents in North Carolina district courts,. | 0.20 | 76.00 |
| 11/13/09 | Kevin C. Driscoll | Attend to filing of 754 papers in Virginia district court. | 0.20 | 76.00 |
| 11/13/09 | Kevin C. Driscoll | Finalize, file motion to extend time under Section 754. | 0.40 | 152.00 |
| 11/13/09 | Anndrea M. Perkins | Telephone call Northern Trust Bank regarding new bank accounts. | 0.20 | 55.00 |
| 11/16/09 | Deborah L. Thorne | Review e-mail from M. Siara concerning investor identities and related documents. | 0.20 | 97.00 |
| 11/16/09 | Deborah L. Thorne | Begin working on Receiver's 1st Report (cataloging assets and liabilities to determine possible equity). | 2.60 | 1,261.00 |
| 11/17/09 | Deborah L. Thorne | Telephone call with Max Roesle concerning Banque Franck and communication with Swiss Bank. | 0.40 | 194.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/17/09 | Deborah L. Thorne | Telephone conference with The Private Bank regarding moving funds into CDARs and money market and execute documents. | 0.50 | 242.50 |
| 11/17/09 | Deborah L. Thorne | Review e-mail concerning Banque Franck distributions in 2008. | 0.30 | 145.50 |
| 11/17/09 | Deborah L. Thorne | Telephone conference with Northern Trust attorney regarding Hamilton service. | 0.20 | 97.00 |
| 11/18/09 | Deborah L. Thorne | Telephone conference with Michel Barbey (attorney representing Banque Franck). | 0.20 | 97.00 |
| 11/19/09 | Deborah L. Thorne | Review motion filed by "intervenors" supporting RBC motion to modify the stay. | 0.40 | 194.00 |
| 11/19/09 | Deborah L. Thorne | Telephone conference with J. Konizeski regarding motion by intervenors / limited partners supporting RBC motion to lift the stay. | 0.30 | 145.50 |
| 11/19/09 | Deborah L. Thorne | Review RBC motion to lift the stay (1.40) and confer with P. Jacobi (.50); analyze alternatives (.30). | 2.20 | 1,067.00 |
| 11/20/09 | Deborah L. Thorne | Appear in court regarding motions filed by RBC. | 1.00 | 485.00 |
| 11/20/09 | Deborah L. Thorne | Work on receiver report, real property to be sold, insurance issues, review mortgages and appraisals, bank accounts. | 1.70 | 824.50 |
| 11/20/09 | Deborah L. Thorne | Telephone conference with M. Siara regarding account information. | 0.30 | 145.50 |
| 11/20/09 | Paula K. Jacobi | Review Motion of RBS to get injunction removed (.30); review emails with CFTC and investors (.20); work in morning, on hearing -- (bad notice) lack of cause to avoid injunction etc) and draft argument outline to respond with law (.50); before Court work with Receiver regarding same (.20); after Court, work with Receiver on way to keep $2.1 million and settle issue with RBS Bank (.20). | 1.40 | 623.00 |
| 11/23/09 | Deborah L. Thorne | Work on Receiver's report - attending to | 2.70 | 1,309.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | details concerning appraised values, mortgages, location of assets. | | |
| 11/23/09 | Deborah L. Thorne | Draft letter to D. Clough regarding countersigning letter to Banque Franck (.30); review e-mail from D. Clough and respond (.10). | 0.40 | 194.00 |
| 11/23/09 | Deborah L. Thorne | Telephone conference with Northern Trust Bank regarding mortgage payments. | 0.20 | 97.00 |
| 11/23/09 | Deborah L. Thorne | Review mortgages concerning payment of property taxes (Cleveland and Lakeview). | 0.30 | 145.50 |
| 11/24/09 | Kevin C. Driscoll | Review revised motion filed for law firm on pre-receivership retainer. | 0.30 | 114.00 |
| 11/24/09 | Wesley W. Broquard | Reviewed Mortgage Agreement regarding payment obligations for county taxes; confirmed receipt of payment of same; reviewed and revised lis pendens notices for two properties; conferred with Deborah Thorne regarding same. | 1.10 | 357.50 |
| 11/25/09 | Deborah L. Thorne | Telephone conference with R. Hamilton and inform him that his counsel needs to be on the line (.10); draft e-mail to D. Clough with questions for Hamilton (.50). | 0.60 | 291.00 |
| 11/25/09 | Deborah L. Thorne | Work on report to Court and review motion to pay Lyman firm. | 0.90 | 436.50 |
| 11/29/09 | Deborah L. Thorne | Work on draft of the Receiver Report, the Motion for Bar Date, Claim Form, Notice, letter to investor, review changes in investor role, distributions, real property holdings, etc. | 4.30 | 2,085.50 |
| 11/29/09 | Deborah L. Thorne | Draft letter to investors. | 1.20 | 582.00 |
| 11/30/09 | Deborah L. Thorne | Continue work on Receiver Report and obtaining information to provide information to all parties. | 2.80 | 1,358.00 |
| 11/30/09 | Deborah L. Thorne | Complete draft of Receiver's report. | 0.80 | 388.00 |

Fees for Services Total                              $       29,091.00