# EXHIBIT A

[Invoices for November 2009, December 2009 and January 2010]

CHDS01 JRIAZI 584249v1

# EXHIBIT A

# SIARA ASSOCIATES INC.
## Litigation Support & Investigations
### Indiana PI20700078  TIN: 26-1469550

| | | |
|---|---|---|
| Marion J. Siara<br>President | 20123 State Road 37 North<br>Noblesville, Indiana  46060-6814 | (317) 776-0033  Off<br>(317) 379-3018  Cell<br>mjsiara@aol.com |

Deborah L. Thorne
Barnes & Thornburg LLP
Suite 4400
One North Wacker Drive
Chicago, Illinois  60606-2833

December 1, 2009
Invoice No. 01

In Re: CFTC v. Raleigh Management Inc. & Richmond H. Hamilton, JR.
Civil Action No. 09C6780

For services provided in connection with the above matter during the month of November 2009 as described on the attached summary.

**33.5 hours @ $120.00 per hour**                                                    **$ 4,020.00**

**TOTAL DUE THIS STATEMENT**                                                         **$ 4,020.00**

| Date | Description | Hours |
|---|---|---|
| 11-02-09 | Initial contact by counsel regarding availability. | 0.0 |
| 11-03-09 | Received Complaint, Orders, and Plaintiff's Memorandum via email and 5 CDs of documentation via FedEx. Began initial review. Made request for hard copy documents. | 0.0 |
| 11-13-09 | Phone call with counsel regarding updated information, investigative needs, and list of priorities. Reviewed available documentation and additional required. | 1.0 |
| 11-14-09 | Continue review and analysis of CD files. Make notes on what is available. | 3.0 |
| 11-15-09 | Reviewed and analyzed subscriber documents. Updated spreadsheets of subscribers and entered additional pertinent information. | 3.5 |
| 11-16-09 | Reviewed and analyzed various correspondence files, personal balance sheets and related records. Responded to emails. | 5.5 |
| 11-17-09 | Obtained hard copies of various bank accounts and financials via mail. Sort through and review materials. Conversation with prior CPA. Focus on Banque Franck documents and address questions. | 4.5 |
| 11-18-09 | Review and analyze hard copy records | 2.5 |
| 11-19-09 | Phone call with CPA Lynch. Discuss QuickBooks application and download information. Review CD and copy pertinent records | 2.0 |
| 11-20-09 | Sort through hard copies of bank account and commodity accounts. Review and analyze. Phone call with Attorney. | 3.0 |
| 11-21-09 | Review and analyze copies of records, sort and determine additional needs. | 3.5 |
| 11-22-09 | Continue review and analysis of hard copy records and tax returns. Begin preparation of list of known assets and financial institution accounts | 4.0 |
| 11-23-09 | Conduct asset and corporation search on public record data bases. | 1.0 |
| **Total** | | **33.5** |

# SIARA ASSOCIATES INC.
## Litigation Support & Investigations
### Indiana PI20700078    TIN: 26-1469550

| | | |
|---|---|---|
| Marion J. Siara<br>President | 20123 State Road 37 North<br>Noblesville, Indiana 46060-6814 | (317) 776-0033 Off<br>(317) 379-3018 Cell<br>mjsiara@aol.com |

Deborah L. Thorne
Barnes & Thornburg LLP
Suite 4400
One North Wacker Drive
Chicago, Illinois 60606-2833

January 2, 2010<br>Invoice No. 02

In Re: CFTC v. Raleigh Management Inc. & Richmond H. Hamilton, JR.
Civil Action No. 09C6780

For services provided in connection with the above matter during the month of December 2009 as described on the attached summary.

**8 hours @ $120.00 per hour**                              **$ 960.00**

**TOTAL DUE THIS STATEMENT**                              $ 960.00

| Date | Description | Hours |
|---|---|---|
| 12-01-09 | Review Receiver's First Interim Report and provide input. Review available bank records, prepare subpoenas for additional records. Review wire transfers for leads to additional assets. | 3.5 |
| 12-08-09 | Review QuickBooks and available underlying documents to determine payments made to certain vendors and wire transfers in 2009. | 2.0 |
| 12-15-09 | Reviewed recently obtained financial statements from Banque Franck and Little Creek. Made appropriate QuickBook entries. | 1.0 |
| 12-18-09 | Review records obtained via subpoena and trace back to Quickbooks. | 1.0 |
| 12-19-09 | Obtained claim form. Review and research underlying documentation. | .5 |
| 12-30-09 | Obtained additional records. | 0.0 |
| **Total** | | **8** |

# SIARA ASSOCIATES INC.
## Litigation Support & Investigations
### Indiana PI20700078   TIN: 26-1469550

| | | |
|---|---|---|
| Marion J. Siara<br>President | 20123 State Road 37 North<br>Noblesville, Indiana 46060-6814 | (317) 776-0033 Off<br>(317) 379-3018 Cell<br>mjsiara@aol.com |

Deborah L. Thorne
Barnes & Thornburg LLP
Suite 4400
One North Wacker Drive
Chicago, Illinois 60606-2833

February 2, 2010
Invoice No. 03

In Re: CFTC v. Raleigh Management Inc. & Richmond H. Hamilton, JR.
Civil Action No. 09C6780

For services provided in connection with the above matter during the month of January 2010 as described on the attached summary.

**4 hours @ $120.00 per hour**                                                                 **$ 480.00**

**TOTAL DUE THIS STATEMENT**                                                                   $ 480.00

| | | |
|---|---|---|
| 01-02-10 | Obtained hard copies of bank statements. Reviewed same and prepared list of source documents to request. | 4.0 |
| **Total** | | **4.0** |