IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION </br></br> Plaintiff, </br></br> v. </br></br> RALEIGH CAPITAL MANAGEMENT, INC. and RICHMOND H. HAMILTON, JR. </br></br> Defendants. | Case No. 09 C 6780 </br></br> Hon. Charles R. Norgle, Sr. |
| RALEIGH FUND, LP. </br></br> Relief Defendant. | |

**RICHARD HAMILTON SR's MOTION TO FILE A REVISED OBJECTION TO THE TEMPORARY RECEIVER's PROPOSED DISTRIBUTION SCHEME AND PLAN OF INTERIM DISTRIBUTION**

1. On November 8, 2010, Richard Hamilton Sr. ("Hamilton Sr.") filed his objection to the Temporary Receiver's proposed distribution scheme and plan of interim distribution, and on November 19, 2010, Hamilton Sr. filed his reply brief. (Docket Nos. 195, 200).

2. After the November 18, 2010 court appearance and after filing his reply on November 19, 2010, Hamilton Sr.'s counsel met with the Temporary Receiver and discussed a proposed resolution and a proposed revised distribution scheme. The proposed revised scheme was designed to attempt to address the concerns of the Temporary Receiver.

3. Additionally, on December 1, 2010, the Seventh Circuit issued an opinion( SEC v.Wealth Management LLC, 2010 WL 4862623 (7th Cir.)) that addresses some of arguments raised by Hamilton Sr.

4. . Hamilton Sr. requests that he be permitted to file a revised brief that includes his revised proposal and addresses the Court of Appeals' recent decision.

Respectfully submitted,

/s/ Peter Shaeffer
Peter B. Shaeffer

/s/ Stephen Scallan
Stephen Scallan

Peter B. Shaeffer
LAW OFFICES OF PETER B. SHAEFFER
30 N. LaSalle Street
Suite #2140
Chicago, Illinois 60602
Tel: 312-782-5306

Stephen Scallan
STAES & SCALLAN, P.C.
111 W. Washington
Suite #1631
Chicago, Illinois 60602
Tel: 312-201-8969

## CERTIFICATE OF SERVICE

I, Stephen Scallan, hereby certify that I have caused Richard Hamilton Sr's Motion To File A Revised Objection To The Temporary Receiver's Proposed Distribution Scheme And Plan Of Interim Distribution to be served upon the parties listed below electronically via The ECF filing system on January 10, 2011.

/s/ Stephen Scallan
STEPHEN SCALLAN

## SERVICE LIST

Joseph A. Konizeski
CFTC
525 W. Monroe Street
Suite #1100
Chicago, Illinois 60660

Deborah L. Thorne
Kevin C. Driscoll, Jr.
BARNES & THORNBURG, LLP
1 N. Wacker Drive
Suite #4400
Chicago, Illinois 60606

Michael J. Kralovec
Joseph R. Lemersal
Sara R. McClain
KRALOVEC MEENAN, LLP
53 W. Jackson Blvd.,
Suite #1102
Chicago, Illinois 60604

Dianee Rist
CHAPMAN CUTLER
111 W. Monroe Street
Suite #1600
Chicago, Illinois 60603

AUSA
United States Attorney's Office
219 S. Dearborn Street
Suite #500
Chicago, Illinois 60604